AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of *Massachusetts*

Harmuth

V.

Continental Casualty Co., et. al.

**SUMMONS IN A CIVIL ACTION**

# 04  10569  JLT

CASE NUMBER:

TO: (Name and address of Defendant)

Savings Bank Life Insurance
of Massachusetts
One Linscott Road
Woburn, MA 01888

Agent for Service: Peter Lyons, Esq.
One Linscott Rd.
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mala M. Rafik, Esq.
Rosenfeld + Rafik, P.C.
44 School Street, Ste. 410
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



_____                    MAR 23 2004
CLERK                                                         DATE

_____
(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

March 31, 2004

I hereby certify and return that on 3/30/2004 at 12:35PM I served a true and attested copy of the SUMMONS AND COMPLAINT WITH EXHIBIT A in this action in the following manner: To wit, by delivering in hand to PETER M. LYONS, ESQ., agent, person in charge at the time of service for SAVINGS BANK LIFE INSURANCE OF MASSACHUS, at PETER LYONS, ESQ., AGENT, ONE LINSCOTT Road, WOBURN, MA 01801. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.70), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.10

*Albert Fagone*

_____
*Deputy Sheriff*

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                          *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.