%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Harmuth  v. Continental Casualty Co., et. al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 10569 JLT

TO: (Name and address of Defendant)

Continental Casualty Company
CNA Plaza
333 S. Wabash Avenue
Chicago, IL 60685

Agent for service: General Counsel's office
Division of Insurance
Commonwealth of Massachusetts
One South Station, 5th Floor
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mala M. Rafik, Esq.
Rosenfeld + Rafik, P.C.
44 School Street, Ste. 410
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: MAR 23 2004

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                   Signature of Server

                                         _____
                                                    Address of Server



Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 7, 2004

I hereby certify and return that on 3/24/2004 at 9:00:00 AM I served two copies copy of the within Summons and Complaint, and Civil Action in this action together with $6.00 in fees, upon the within named Continental Casualty Co in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $47.00



                                                                Deputy Sheriff

Deputy Sheriff Robert Foscaldo