AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Harmuth

V.

Continental Casualty Co., et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10569 JLT

TO: (Name and address of Defendant)

CNA Insurance Company
CNA Plaza
333 S. Wabash Avenue
Chicago, IL 60685

Agent for service: CT Corporation
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mala M. Rafik, Esq.
Rosenfeld + Rafik, P.C.
44 School Street, Ste. 410
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

TONY ANASTAS

CLERK

MAR 2 3 2004

DATE

(By) DEPUTY CLERK

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 7, 2004

I hereby certify and return that on 3/24/2004 at 2:25:00 PM I served a true and attested copy of the Summons and Complaint, and Civil Action in this action in the following manner: To wit, by delivering in hand to C.Bonney,Process Clerk & agent in charge of its business., agent, person in charge at the time of service for CNA Insurance Company, at , 101 Federal Street, Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

*Deputy Sheriff*