# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10569-JLT

KELLY HARMUTH,
      Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES,
SBLI GROUP DISABILITY PLAN
      Defendants

## RULE 7.3 (A) CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT CONTINENTAL CASUALTY COMPANY

Now comes the defendant Continental Casualty Company ("Continental") and states that it is 100% owned by CNA Financial Corporation, which is a publicly held corporation.

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES, and SBLI
GROUP DISABILITY PLAN,
By their attorneys,
MORRISON, MAHONEY & MILLER, LLP

Jean M. Kelley, BBO #265540
115 Commonwealth Ave.
Chestnut Hill, MA 02467
(617) 964-0323
Fax: (617) 969-8737