UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KELLY HARMUTH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10569-JLT |
| | * | |
| | * | |
| CONTINENTAL CASUALTY | * | |
| COMPANY, CNA INSURANCE | * | |
| COMPANIES, and SBLI GROUP | * | |
| DISABILITY PLAN | * | |
| | * | |
| Defendants. | * | |

ORDER

November 2, 2004

TAURO, J.

After a conference on November 2, 2004, this court hereby orders that:

1. Plaintiff may depose Pamela Kowzan;

2. Defendants shall provide Plaintiff with the requested internal guidelines and training materials;

3. The Parties shall complete all discovery by January 31, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for February 7, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge