UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KELLY HARMUTH,
    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES,
SBLI GROUP DISABILITY PLAN
    Defendants

CIVIL ACTION NO. 04-10569-JLT

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) OF CONTINENTAL CASUALTY COMPANY, CNA INSURANCE COMPANIES and SBLI GROUP DISABILITY PLAN

We hereby certify in accordance with this court's Local Rule 16.1(D)(3), that we have conferred and have discussed the budget for the cost of conducting a full course and various alternative courses of litigation and have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

CONTINENTAL CASUALTY COMPANY
and CNA INSURANCE COMPANIES

_____
Holly C. Fenlon
Continental Casualty Company
2599 Lucien Way, 3d Floor
Maitland, FL 32751
Tel.: (407) 919-6452
Fax: (407) 919-6574

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES, and
SBLI GROUP DISABILITY PLAN,
By their Attorneys,
MORRISON, MAHONEY & MILLER LLP

_____
Jean M. Kelley, Esq. BBO#265540
115 Commonwealth Ave.
Chestnut Hill, MA 02467
Tel.: 617-964-0323
Fax.: 617-969-8737

1

SBLI GROUP DISABILITY PLAN,

/s/ Peter Lyons
Peter Lyons, Esq.
SBLI
1 Linscott Road
Woburn, MA
781-938-3500

## CERTIFICATE OF SERVICE

I, Jean M. Kelley, hereby certify that I have this 9th day of November, 2004, served a true copy of the Certification of Compliance with Local Rule 16.1(D)(3) of Defendants Continental Casualty Company, CNA Insurance Companies, and SBLI Group Disability Plan, by first class mail, postage prepaid, upon counsel of record:

Mala M. Rafik, Esq.
BBO #638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108

Jean M. Kelley (BBO # 265540)