UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KELLY HARMUTH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10569-JLT |
| | * | |
| | * | |
| CONTINENTAL CASUALTY | * | |
| COMPANY, CNA INSURANCE | * | |
| COMPANIES, and SBLI GROUP | * | |
| DISABILITY PLAN, | * | |
| | * | |
| Defendants. | * | |

## ORDER

February 7, 2005

TAURO, J.

After the Status Conference held on February 7, 2005, this court hereby orders that:

1.   A Further Conference is scheduled for April 11, 2005 at 11:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge