UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY HARMUTH<br>　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, CNA INSURANCE COMPANIES, and SBLI GROUP DISABILITY PLAN,<br>　　Defendants. | )<br>)<br>)<br>)<br>)　DOCKET NO: 04-10569-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK-MAGISTRATE OF THE ABOVE COURT:

　　Please enter my appearance as attorney on behalf of defendants, Continental Casualty Company, CNA Insurance Companies, and SBLI Group Disability Plan, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Continental Casualty Company, CNA Insurance Companies, and SBLI Group Disability Plan
　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　/s/sbolotin
　　　　　　　　　　　　　　　　　　Steven J. Bolotin, BBO#564085
　　　　　　　　　　　　　　　　　　MORRISON MAHONEY LLP
　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　617-439-7500

Dated:  April 6, 2005

961757v1