**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-10569-JLT

KELLY HARMUTH,
       Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES,
SBLI GROUP DISABILITY PLAN
       Defendants

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as counsel for the Defendants Continental Casualty Company, CNA Insurance Companies, and SBLI Group Disability Plan, in the above-entitled case.

           CONTINENTAL CASUALTY COMPANY, CNA
           INSURANCE COMPANIES, and SBLI GROUP
           DISABILITY PLAN,
           By their attorneys,
           MORRISON MAHONEY LLP

           Jean M. Kelley, BBO #265540
           115 Commonwealth Ave.
           Chestnut Hill, MA 02467
           (617) 964-0323
           Fax: (617) 969-8737
           jeanmkelley@comcast.net