# MORRISON MAHONEY L
COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

| MASSACHUSETTS | CONNECTICUT |
|---|---|
| BOSTON | HARTFORD |
| FALL RIVER | NEW YORK |
| SPRINGFIELD | NEW YORK |
| WORCESTER | NEW JERSEY |
| | PARSIPPANY |
| RHODE ISLAND | |
| PROVIDENCE | ENGLAND |
| | LONDON |

Steven J. Bolotin
Direct Dial: 617-737-8878
Direct Fax: 617-342-4943
sbolotin@morrisonmahoney.com

April 8, 2005

<u>Via Facsimile – (617) 748-9096</u>

Ms. Zita Lovett
Court Clerk to Judge Rya W. Zobel
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re: Kelly Harmuth v. Continental Casualty Company, et al.
C.A. No. 04-10569-JLT
Our File No.: 10014418

Dear Ms. Lovett:

Reference is made to my secretary's two voice-mail messages to you of today with respect to the April 11, 2005 Further Conference in the above-referenced matter.

As my office indicated to you, I recently received this file from Attorney Jean Kelley and need sufficient time to review the matter prior to appearing on behalf of the defendants. In addition, I have a previously scheduled conference before Judge Bowler on April 11, 2005 at 11:00 a.m. and would be unable to attend this conference. Plaintiff's counsel has indicated her assent to rescheduling the Further Conference in this matter.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Steven J. Bolotin

SJB/teb
Dictated but not read.
cc: Mala M. Rafik, Esq.

961758v1