# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

FILED
CLERKS OFFICE

2005 APR 13 P 07

U.S. DISTRICT COURT
DISTRICT OF MASS

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER
RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD
NEW YORK
NEW YORK
NEW JERSEY
PARSIPPANY
ENGLAND
LONDON

Steven J. Bolotin
Direct Dial: 617-737-8878
Direct Fax: 617-342-4943
sbolotin@morrisonmahoney.com

April 12, 2005

Ms. Zita Lovett
Court Clerk to Judge Rya W. Zobel
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:   Kelly Harmuth v. Continental Casualty Company, et al.
      C.A. No. 04-10569-JLT
      Our File No.: 10014418

Dear Ms. Lovett:

This correspondence will serve to confirm that the Further Scheduling Conference in the above-referenced matter has been rescheduled to May 4, 2005 at 10:00 a.m.

If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Steven J. Bolotin

SJB/teb
cc:   Mala M. Rafik, Esq.

962157v1