# MORRISON MAHONEY L
COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Steven J. Bolotin
Direct Dial: 617-737-8878
Direct Fax: 617-342-4943
sbolotin@morrisonmahoney.com

| MASSACHUSETTS | CONNECTICUT |
|---|---|
| BOSTON | HARTFORD |
| FALL RIVER | NEW YORK |
| SPRINGFIELD | NEW YORK |
| WORCESTER | NEW JERSEY |
| | PARSIPPANY |
| RHODE ISLAND | ENGLAND |
| PROVIDENCE | LONDON |

May 2, 2005

*Via Facsimile: 617-748-9096*

Ms. Zita Lovett
Court Clerk to Judge Rya W. Zobel
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:   Kelly Harmuth v. Continental Casualty Company, et al.
      C.A. No. 04-10569-JLT
      Our File No.: 10014418

Dear Ms. Lovett:

A Further Scheduling Conference is scheduled in this matter on May 4, 2005. Counsel for the parties respectfully request that this conference be rescheduled for a date convenient for the court in June, 2005.

If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Steven J. Bolotin

SJB/teb
cc:   Mala M. Rafik, Esq.

962157v1