UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KELLY HARMUTH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10569-JLT |
| | * | |
| | * | |
| CONTINENTAL CASUALTY | * | |
| COMPANY, CNA INSURANCE | * | |
| COMPANIES, and SBLI GROUP | * | |
| DISABILITY PLAN, | * | |
| | * | |
| Defendants. | * | |

## ORDER

June 16, 2005

TAURO, J.

After the Further Conference held on June 16, 2005, this court hereby orders that:

1. Motions for Judgment on the Pleadings shall be filed by July 15, 2005; and

2. A hearing is scheduled for August 4, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                 /s/ Joseph L. Tauro
                                                 United States District Judge