## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04CV10569JLT

KELLY HARMUTH,

Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES, &
SBLI GROUP DISABILITY PLAN,

Defendants.

## JOINT MOTION TO ENLARGE BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), the parties to the above-mentioned matter, Plaintiff Kelly Harmuth and Defendants Continental Casualty Company, CNA Insurance Companies and SBLI Group Disability Plan (hereinafter collectively referred to as "Defendants") jointly move to modify the pre-trial schedule established by the Court during the June 16, 2005 Scheduling Conference. Specifically, the parties request that the Court stay the impending summary judgment briefing for two months and refer this matter to the District Court Alternate Dispute Resolution Program for mediation.

As grounds for this motion, the parties state as follows:

1)      The parties have agreed to mediation in an attempt to resolve this matter. Mediation of this matter will negate the need for costly briefing, if successful;

2)      The parties have agreed to engage in a good faith attempt to resolve this

matter;

3)      All parties agree to this schedule; and

4)      None of the parties will be prejudiced if the schedule is approved.

WHEREFORE, the parties request that this motion be granted.

Respectfully submitted,

By:    /s/ Mala M. Rafik_____          By:    /s/ Steven Bolotin (MMR)

Attorney for the Plaintiff                Attorney for the Defendants
Mala M. Rafik                             Steven J. Bolotin, Esq.
BBO No. 638075                            BBO No. 564085
ROSENFELD & RAFIK, P.C.                   Morrison Mahoney LLP
44 School Street, Suite 410               250 Summer
Boston, MA 02108                          Boston, MA 02210
(617) 723-7470                            (617) 737-8878

Date:  July 14, 2005