January 20, 2006

Zita Lovett
Docket Clerk to Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Kelly Harmuth v. Continental Casualty Company*
            *Civil Action No. 04CV10569JLT*

Dear Ms. Lovett:

    I am writing to inform the court that the parties to the above-referenced action have reached settlement. As a result, the parties are respectfully requesting a sixty (60) day order to execute the settlement documents in this matter.

    Thank you. Please feel free to call if you have any questions.

                                       Sincerely,

                                       /s/ Mala M. Rafik
                                     Mala M. Rafik

cc:    Kelly Harmuth
        Steve Bolotin, Esq.