UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KELLY HARMUTH,**
   **Plaintiff,**

         V                    CA 04-10569-JLT

**CONTINENTAL CASUALTY COMPANY**
   **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on January 20, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                             Zita Lovett
                                                /s/
                                         _____
                                             **Deputy Clerk**

January 23, 2006