**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KELLY HARMUTH
               Plaintiff(s)

V.

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES,
SBLI GROUP DISABILITY PLAN
               Defendant(s)

CIVIL ACTION

NO. 04-CV-10569-JLT

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     JOSEPH L. TAURO

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  12/21/05  I held the following ADR proceeding:

       _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
       __X____    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
       _____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel  [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

[X]    Settled.  Your clerk should enter a __60___ day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

  1/20/06                                   /S/ Joyce London Alexander
    DATE                                           ADR Provider

(ADR Report.wpd - 4/12/2000)                                                     [adrrpt.]