UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV10569JLT

KELLY HARMUTH,
           Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
CNA INSURANCE COMPANIES, &
SBLI GROUP DISABILITY PLAN
           Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| By: | /s/ Mala M. Rafik | By: | /s/ Steven Bolotin (MMR) |
|---|---|---|---|
| | Attorney for the Plaintiff | | Attorney for the Defendants |
| | Mala M. Rafik | | Steven J. Bolotin, Esq. |
| | BBO No. 638075 | | BBO No. 564085 |
| | ROSENFELD & RAFIK, P.C. | | Morrison Mahoney LLP |
| | 44 School Street, Suite 410 | | 250 Summer |
| | Boston, MA 02108 | | Boston, MA 02210 |
| | (617) 723-7470 | | (617) 737-8878 |

Date: March 21, 2006